IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL DEZAY JACKSON                                                                    PETITIONER
Reg. #15129-026

v.                              No. 2:14CV00114-JLH-JJV

RIVERA, WARDEN, FORREST
CITY CORRECTIONAL FACILITY                                                               RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and the requested relief is denied.

SO ORDERED this 29th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE