**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MICHAEL DEZAY JACKSON                                                                    PETITIONER
Reg. #15129-026

v.                               No. 2:14CV00114-JLH-JJV

RIVERA, WARDEN, FORREST
CITY CORRECTIONAL FACILITY                                                            RESPONDENT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 29th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE